KSC/07.12.21
JGW/JCM-USAO#2021R00195

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. JKB 21cr 267 |
| v. | * |
| | * (Conspiracy to distribute and possess |
| PHILIP WELDON, | * with intent to distribute one kilogram or |
| | * more of heroin 21 U.S.C. § 846) |
| Defendant. | * |

*******

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

Beginning in or before January of 2021, and continuing until in or about July of 2021, in the District of Maryland, Texas, West Virginia and elsewhere,

**PHILIP WELDON,**

the defendant herein, did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

21 U.S.C. § 846

Jonathan F. Lenzner/jgw
Jonathan F. Lenzner
Acting United States Attorney

[FILED stamp: 2021 JUL 15 PM 4:41, CLERK'S OFFICE AT BALTIMORE, U.S. DISTRICT COURT DISTRICT OF MARYLAND, DEPUTY]

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

7/15/2021

Date