IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **SEALED** |
| v. | * | CRIMINAL NO. JKB 21cr267 |
| PHILLIP WELDON | * | (UNDER SEAL) |
| Defendants | * | |

*******

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

The United State of America, by its counsel, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, James G. Warwick and Joan C. Mathias, Assistant United States Attorneys for said district, respectfully requests an order from the Court sealing the Indictment and Arrest Warrants in this case, and in support states the following:

1. On July 15, 2021, the Defendant were indicted in a one-count indictment charging them with conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846. Arrest warrants were issued for each of the defendants.

2. An investigation of the Defendants remains ongoing and if the indictment and arrest warrant are made public, it may hinder, compromise, or jeopardize the apprehension of the Defendant and put the safety of the law enforcement officers at risk. Until such time as each of the Defendant are apprehended, it is requested that the indictment and arrest warrant filed in this matter be sealed. It is further requested that in the event one or more, but not all the Defendant are apprehended, that a redacted copy of the indictment, disclosing only the name of the individual arrested be provided to that individual.

3. Notwithstanding this request, the Government asks that it be allowed to provide copies of the indictment and arrest warrant in this case to the law enforcement agents assigned to this investigation and assisting in the arrest of the defendants.

WHEREFORE, it is respectfully requested that the indictment and arrest warrant in the above-captioned matter and the instant motion be SEALED and remain sealed until all named Defendant have been arrested, or until further order of the Court.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: *James G. Warwick*
James G. Warwick
Joan C. Mathias
Assistant United States Attorneys
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800